UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>           )<br>    Plaintiff, )<br>           )<br>    v. )<br>           )<br>DONTAE WAYNE JONES, )<br>           )<br>    Defendant. )<br>_____ ) | CASE NO. MJ 16-192<br><br>DETENTION ORDER |

Offense charged:    Rape of a Child in the First Degree

Date of Detention Hearing:    May 5, 2016.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.    Defendant, now age 20, is charged with having sexual relations with a minor

DETENTION ORDER
PAGE -1

child.

2. Defendant poses a risk of nonappearance due to a history of controlled substance use and lack of employment. He poses a risk of danger due to the nature of the instant offense.

3. Weighing in favor of release are factors including strong community support and defendant's relative youth, as well as a lack of adult criminal history. However, an appropriate release address has not yet been located.

4. Without an appropriate release plan, there does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community. If a viable release address is located, defendant may move to reopen the issue of detention.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services

DETENTION ORDER
PAGE -2

Officer.

DATED this 5th day of May, 2016.

*(signature)*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3